UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEROME BUTLER,

    Petitioner,

v.

GISELLE MATTESON, Warden,

    Respondent.

No. 2:21-cv-0032-KJM-EFB P

ORDER

    Petitioner, a state prisoner, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On April 5, 2021, the magistrate judge filed findings and recommendations, which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file and carefully considered the objections, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 5, 2021, are adopted in full;
2. Petitioner's January 6, 2021 motion to stay (ECF No. 2) is denied;
3. The petition is dismissed without prejudice for failure to exhaust state remedies;
4. The Clerk is directed to close the case; and
5. The court declines to issue a certificate of appealability.

DATED: September 27, 2021.

CHIEF UNITED STATES DISTRICT JUDGE